Certificate Number: 05781-CAC-DE-038765356

Bankruptcy Case Number: 24-15335



05781-CAC-DE-038765356

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2024, at 6:23 o'clock PM PDT, Jeffrey Clark completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   August 13, 2024                    By:    /s/Allison M Geving

                                           Name:  Allison M Geving

                                           Title: President