

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Jeffrey Clark<br><br><br><br><br><br>Debtor(s). | Case No.: 2:24-bk-15335-BB<br><br>CHAPTER 7<br><br>**ORDER (i) DENYING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS AND (ii) REQUIRING DEBTOR TO FILE OFFICIAL FORM 423 BY OCTOBER 11, 2024.**<br><br>[No hearing] |

On October 7, 2024, debtor Jeffrey Clark filed a motion to extend time to file case opening documents ("Motion"), including (i) one or more schedules; (ii) statement of financial affairs; and (iii) statement of current monthly income. The Court having found that all required case commencement documents have been filed,

**IT IS HEREBY ORDERED** that the Motion is DENIED.

**IT IS FURTHER ORDERED** that debtor shall, pursuant to docket entry No.15, complete and file the missing Official Form 423 (found on the court's website under "Other Forms" and attached hereto for reference) not later than **October 11, 2024**.

###

Date: October 8, 2024

Sheri Bluebond
United States Bankruptcy Judge